**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 8, 2022,**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00482-CV

---

**GERVAIS EDMONDS-WIGGINS, Appellant**

**V.**

**JONATHAN WARREN WIGGINS, Appellee**

**On Appeal from the 507th District Court
Harris County, Texas
Trial Court Cause No. 2021-35056**

## MEMORANDUM OPINION

This is an appeal from a decree of divorce signed May 31, 2022. On August 25, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.